IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SLEP-TONE ENTERTAINMENT                        No. 6:13-cv-560-TC
CORPORATION,                                         O R D E R

        Plaintiff,

  vs.

DUFFY'S IRISH PUB and BCK
CORPORATION,

        Defendants.

AIKEN, Chief Judge:

Magistrate Judge Coffin filed his Findings and

Recommendation on September 18, 2013.  The matter is now before

me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P.

1 - ORDER

72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).

Defendants' filed objections (doc. 31) as well as a Reply memorandum to the Findings and Recommendation. I have, therefore, given the file of this case a <u>de novo</u> review. I ADOPT the Magistrate's Findings and Recommendation (doc. 29) and deny defendants' motion to dismiss (doc. 20).

IT IS SO ORDERED.

Dated this 23RD day of October 2013.


_____
Ann Aiken
United States District Judge


2 - ORDER